## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISION

|  |  |  |
|---|---|---|
| IN RE WESTAR ENERGY INC.<br>ERISA LITIGATION | ) ) ) ) | MASTER FILE: 03-4032-JAR |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) ) |  |

### NOTICE OF DISMISSAL

COME NOW the Plaintiffs, by and through counsel of record, and hereby notifies

the Court of dismissal of Defendant Mark Ruelle in the above-captioned Consolidated

Complaint without prejudice.  In support of this Notice of Dismissal, Plaintiffs would

show as follows:

1. That Defendant's attorney, Paul Schepers, has contacted Plaintiffs' counsel and

   has agreed to dismissal.  These parties shall bear their own costs in this matter.

Respectfully submitted,


_____s/ Ronald P. Pope_____
Ronald P. Pope #11913
**RALSTON, POPE & DIEHL, L.L.C.**
2913 SW Maupin Lane
Topeka, KS 66614
785/273-8002
785/273-0744 [Fax]
E-mail: ron@ralstonpope.com
**Liaison Counsel for Plaintiffs**

**SCHIFFRIN & BARROWAY, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Gerald D. Wells, III
280 King of Prussia Rd.
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the above and foregoing document via the United States District Court electronic filing system on this, the ___17___ day of ___Feb.___, 2005 to:

James L. Eisenbrant
BERKOWITZ, FELDMILLER, STANTON,
  BRANDT, WILLIAMS, AND SHAW LLP
4121 W. 83rd St., Ste 259
Prairie Village KS  66208
*Attorney for Wittig*

David L. Marcus
David F. Oliver
BERKOWITZ, FELDMILLER, STANTON,
  BRANDT, WILLIAMS, AND SHAW LLP
Two Emanuel Clever II Blvd., Ste 500
Kansas City, MO  64221
*Attorneys for Wittig*

Jason M. Hans
Charles W. German
ROUSE HENDRICKS GERMAN MAY PC
One Petticoat Lane Bldg.
1010 Walnut St., Ste 400
Kansas City, MO  64106

John J. Clarke, Jr.
Sharon Katz
DAVIS, POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017

Gordon D. Gee
Paul G. Schepers
Sigfied, Bingham, Levy, Seltzer,
  & Gee
911 Main St., Ste 2800
Kansas City, MO 64105
*Attorneys for Dfts Bruce Akin,*
*Paul Geist, Larry Irick, William*
*Moore, Ira McKee, James Martin*
*And Mark Ruelle*

    s/ Ronald P. Pope
Ronald P. Pope #11913
RALSTON, POPE & DIEHL, L.L.C.
2913 SW Maupin Lane
Topeka, KS 66614
785/273-8002
785/273-0744
