## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISION

_____
                                           )
IN RE WESTAR ENERGY INC.                   )
ERISA LITIGATION                           )          MASTER FILE: 03-4032-JAR
_____)
                                           )
THIS DOCUMENT RELATES TO:                  )
ALL ACTIONS                                )
_____)

### ORDER OF DISMISSAL

NOW, on this  23rd  day of February, 2005, the Court after review of the Plaintiff's Notice of

Dismissal, hereby enters an Order of Dismissal Without Prejudice of Mark Ruelle in the above-

captioned matter.

IT IS SO ORDERED.

                                  S/ Julie A. Robinson_____
                                 HONORABLE JULIE A. ROBINSON
                                 UNITED STATES DISTRICT JUDGE

Prepared and Approved:

       s/ Ronald P. Pope_____
Ronald P. Pope #11913
**RALSTON, POPE & DIEHL, L.L.C.**
2913 SW Maupin Lane
Topeka, KS 66614
785/273-8002
785/273-0744 [Fax]
E-mail: ron@ralstonpope.com
**Liaison Counsel for Plaintiffs**


**SCHIFFRIN & BARROWAY, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Gerald D. Wells, III
280 King of Prussia Rd.
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
**Lead Counsel for Plaintiffs**